## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

College Retirement Equities Fund, et al.

Plaintiff,

v.

Case No.: 1:22–cv–03845
Honorable Manish S. Shah

The Boeing Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

MINUTE entry before the Honorable Manish S. Shah: Defendants' motion to dismiss, [86], is granted in part and denied in part. Enter Memorandum Opinion and Order. Boeing and Muilenburg shall answer the complaint by April 28, 2026. The parties shall file a joint status report with a proposed case schedule on May 5, 2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.